EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2026 TSPR 4 |
| Aprobación de Cambio de Estatus Inactivo de diciembre de 2025 | 217 DPR ___ |

Número del Caso: EM-2026-0001

Fecha: 16 de enero de 2026

Materia: Aprobación de Cambio de Estatus Inactivo de diciembre de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de diciembre de 2025

EM-2026-0001

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de enero de 2026.

Durante el periodo de diciembre de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Carlos E. Lamoutte Inclán | 4,564 |
| Felipe Hernández Román | 5,138 |
| José A. Vélez Morales | 5,320 |
| José L. Cobián Santiago | 6,280 |
| Pedro J. Claverol Siaca | 6,402 |
| María del C. Berríos Colón | 8,328 |
| Artemio Rivera Rivera | 11,119 |
| Nelson F. Colberg Toro | 13,078 |
| Francisco J. Ríos González | 13,608 |
| Irma I. Rosario Martínez | 13,969 |
| Marcos M. López Rivera | 21,623 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo